### N. B. THOMAS AND WIFE *v.* H. C. R. GREENWAD'S EXR.

**Wills — Contingent Devisee.**

    The devisee is entitled to the land when he pays the debt, which the testator prescribes as an indispensable condition to his title.

    No statutory limitation can relieve a devisee of the liability upon which his title depends.

**Husband and Wife — Coverture — Wife's Note.**

    The wife's coverture not only avoids her note, but exempts her from any personal judgment.

#### APPEAL FROM MONTGOMERY CIRCUIT COURT.

October 5, 1866.

OPINION OF THE COURT BY JUDGE ROBERTSON:

N. B. Thomas is entitled to the land only when he pays the debt, the payment by him of which the testator prescribed as an indispensable condition to his title as a devisee. The compulsive payment by the executor was not a payment by the contingent devisee and did not change the *status* of the title which could not pass to the devisee until he reimbursed the amount of his liability which was secured by his dependent title to the land. No statutory limitation, therefore, can relieve him from that inherent liability or invest in him the title.

He has not shown that he made full payment, and should be well satisfied that his wife's note given on a settlement of that matter, although not enforcible against her title, recites the amount still unpaid.

Her coverture not only avoided her note but exempted her from any personal judgment which, as rendered, is erroneous and,

therefore, reversed, and the cause remanded for a judgment conformable with this opinion, just such as hitherto rendered, only leaving W. S. Thomas out.

No judgment, $1 costs.